## QUITCLAIM DEED

FOR AND IN CONSIDERATION of Ten ($10.00) Dollars, cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the undersigned, MARSHALL SANDERS, does hereby convey and quitclaim unto DEBORAH SANDERS, all his right, title and interest in that certain tract or parcel of land, lying and being situated in the City of Vicksburg, County of Warren, State of Mississippi, and said property being more particularly described as follows, to-wit:

> BEGINNING at the Southwest corner of Lot 1 of the Lane Survey as recorded in Deed Book 70 at Page 400 of the Land Records of Warren County, Mississippi; thence North 63 degrees 39 minutes 42 seconds East, 22.57 feet to the point of beginning of the parcel herein described; thence North 07 degrees 01 minutes 15 seconds East, 83.36 feet; thence North 89 degrees 37 minutes 07 seconds East, 96.72 feet; thence South 06 degrees 30 minutes 00 seconds West, 83.26 feet; thence South 89 degrees 37 minutes 07 seconds West, 97.48 feet to the POINT OF BEGINNING. Said Parcel being located in Part of Lot 1 of the Lane Survey, Vicksburg, Warren County, Mississippi and containing 0.18 acres, more or less.

WITNESS my signature this the __18th__ day of __November__, 2008.

_____
MARSHALL SANDERS

**STATE OF MISSISSIPPI**

**COUNTY OF WARREN**

PERSONALLY appeared before me the undersigned authority in and for the abovesaid jurisdiction, the within named, MARSHALL SANDERS, who having been by me first duly sworn acknowledged on Oath on the __18th__ day of __November__, 2008, that he signed and delivered the above and foregoing Quitclaim Deed as his free act and deed.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this the __18th__ day of __November__, 2008.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

*(Filed: NOVEMBER 19 2008 03:28 PM, Instrument 263085, Book 1485 Page 804, Warren County Mississippi, Dot McGee, Chancery Clerk)*

| GRANTOR: | GRANTEE: | PREPARED BY: |
|---|---|---|
| MARSHALL SANDERS<br>209 HENRY ROAD<br>VICKSBURG, MS 39183<br>601-636-0846 | DEBORAH SANDERS<br>209 HENRY ROAD<br>VICKSBURG, MS 39183<br>601-636-0846 | MARSHALL SANDERS<br>ATTORNEY AT LAW<br>MSB #6444<br>1115 MONROE STREET<br>P.O. BOX 67<br>VICKSBURG, MS 39183-2951<br>601-636-0846 |

GOVERNMENT EXHIBIT "D"